PROB 32B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 25 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Name of Offender:  Roy Madison Hurst              Case Number:  4:05CR00040-010 SWW

Name of Sentencing Judicial Officer:      Honorable Susan Webber Wright
United States District Judge

Offense:              Conspiracy to manufacture more than 500 grams of methamphetamine

Date of Sentence:      March 22, 2006

Sentence:              Time served; 5 years supervised release; 18 months home detention with
electronic monitoring; cost to be paid by the defendant; substance abuse
treatment; abstain from the use of alcohol during treatment; mandatory drug
testing; Narcotics Anonymous; mental health treatment; maintain
employment; comply with court ordered child support; $100 special
assessment.

February 27, 2008  Revocation: 6 months BOP; substance abuse treatment;
abstain from the use of alcohol during treatment; drug testing; Narcotics
Anonymous; mental health treatment; maintain employment; comply with
court ordered child support; $100 special assessment.

Type of Supervision:   Supervised release      Date Supervision Commenced:  In BOP custody

Asst. U.S. Attorney:  Anne Gardner             Defense Attorney:  Michael D. Booker

U.S. Probation Officer:  Aaron J. Germany
Phone No.:  870-972-8256

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant will reside at/participate in a residential re-entry center for a period of three
months, as directed by the U.S. Probation Office.**

### CAUSE

Mr. Hurst is currently incarcerated at the Federal Correctional Institution in Forrest City, Arkansas.  On
August 28, 2008,  Mr. Hurst's case manager at the Bureau of Prisons, Janet Peckam, called the Probation
office and requested, on behalf of Mr. Hurst, that his conditions of supervised release be modified to

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Roy Madison Hurst                Case Number: 4:05CR00040-010 SWW

return to upon his release. He also stated that his placement in the re-entry center will assist him in obtaining employment.

On September 9, 2008, Mr. Hurst signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation. On August 29, 2008, telephone contact was made with Mr. Hurst's attorney, Michael D. Booker, who was in agreement with the modification.

_____
Aaron J. Germany
U.S. Probation Officer

Date: September 24, 2008

_____
Anne Gardner
Assistant U.S. Attorney

Date: 9-25-08

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

9-25-08
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

AJG/crc

Prob 12B

-3-

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Roy Madison Hurst               Case Number:  4:05CR00040-010 SWW

c:   Defense Attorney, Michael D. Booker, 221 W. Second Street Ste. 601, Little Rock, Ar 72203
     Assistant U.S. Attorney, Anne Gardner, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will reside at/participate in a residential re-entry center for a period of three months, as directed by the U.S. Probation Office.**

Witness: _____         Signed: _____
U.S. Probation Officer                                   Probationer or Supervised Releasee

_____
DATE